

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-19-00230-CR &
06-19-00231-CR

AARON MICHAEL PETTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 294th District Court
Van Zandt County, Texas
Trial Court Nos. CR17-00130 & CR17-00131

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Aaron Michael Petton was convicted of two counts of aggravated sexual assault and one count of burglary of a habitation and was sentenced to life imprisonment. Petton has appealed from those convictions and the resulting sentence. On February 18, 2020, Petton's court-appointed appellate counsel, Richard A. Schmidt, filed an *Anders*[1] brief, and on March 2, 2020, Petton filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Petton's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Petton's access to the record.

On March 2, 2020, Schmidt advised this Court that he would mail a complete paper copy of the appellate record to Petton. On March 11, 2020, this Court mailed copies of the digitally recorded exhibits contained in the appellate record to Petton in care of the Allred Unit, TDCJ-ID, Attention: Ms. Adams, 2101 FM 369 North, Iowa Park, Texas 76367. Allowing fifteen days from the date this motion is granted for the record to be delivered to Petton and giving him thirty days to prepare his pro se response, we hereby set April 27, 2020, as the deadline for Petton to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: March 11, 2020

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).